ALAN H. MARTIN, Cal. Bar No. 132301
ROBERT S. BEALL, Cal. Bar No. 132016
NORMA V. GARCIA, Cal. Bar No. 223512
MICHAEL WALLIN, Cal. Bar No. 240344
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:  714-513-5100
Facsimile:   714-513-5130
amartin@sheppardmullin.com
rbeall@sheppardmullin.com
ngarcia@sheppardmullin.com

Attorneys for Receiver
THOMAS A. SEAMAN

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver For and on Behalf of the below-described Receivership Entities,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM CANNON,<br><br>    Defendant. | Case No. SACV07-194 AHS-(MLGx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

-2-

1     Good cause having been shown by the Stipulation of the Parties pursuant to
2 F.R.C.P. 41(a)(1)(ii), IT IS ORDERED that the above entitled action is dismissed
3 with prejudice, with each party bearing its own costs and fees incurred in connection
4 with this litigation.

8 DATED: October 9, 2008

**ALICEMARIE H. STOTLER**
HONORABLE ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT COURT JUDGE